IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sara Hoover,                              :
               Appellant        :
                               :
           v.                       : No. 532 C.D. 2016
                               :
Seth Allen Stine, Commonwealth of   :
Pennsylvania Department of          :
Transportation and the Borough of   :
Waynesboro                          :

# **O R D E R**

AND NOW, this 3rd day of January, 2017, the opinion filed November 15, 2016, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge